# AFFIDAVIT OF SERVICE

ORIGINAL

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 4:10CV444-RH/WCS

**Plaintiff:**
**Phillip L & Susan C Adamczyk**
vs.
**Defendant:**
**Thrivent Financial Bank**

For: Phillip Adamczyk
    Phillip L & Susan C Adamczyk

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Thrivent Financial Bank Attn: Kelly Allen, VP of Risk Management, 122 E College Ave, Ste 1E, Appleton, WI 54911.** I, _Eugene T Becker_, being duly sworn, depose and say that on the _15_ day of _Oct_, 20_10_ at _3:45 P_.m., executed service by delivering a true copy of the **Summons in a Civil Action, Original Petition, Plaintiffs Demand for Jury Trial, Plaintiffs Motion for Preliminary Injunction** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Kelly Allen_ as _V/Pres. of Risk Management_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _W/FM 35-45 5'6 Dark Hair_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee: _$94.70_

Subscribed and Sworn to before me on the _16th_ day of
_October_, _2010_ in _Waukesha_
County, State of Wisconsin.

_[signature]_
NOTARY PUBLIC
My Commission Expires: _01-01-2012_

_[signature] Eugene T Becker_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**SOUTHEAST WISCONSIN PROCESS, LLC**
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: 2020181277

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d

Filed 1025 10 USDC FLN 4PM 0301