**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

PHILLIP L. ADAMCZYK et al.,

    Plaintiffs,

v.                              CASE NO. 4:10cv444-RH/WCS

THRIVENT FINANCIAL BANK,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11; supplemental report and recommendation, ECF No. 15; the plaintiff's objections, ECF No. 16; and the defendant's response, ECF No. 17. I have reviewed de novo the issues raised by the objections.

The report and recommendation concludes that the plaintiff's complaint fails to state a claim on which relief can be granted. The supplemental report and recommendation concludes that leave to file the first amended complaint should be denied because it does not cure the deficiencies in the original complaint and thus still fails to state a claim on which relief can be granted. These conclusions are correct.

The plaintiff's pleadings are long on rhetoric and short on facts. The plaintiff apparently obtained a mortgage loan from the defendant in 2003. The plaintiff asserts that the defendant defrauded him, but the plaintiff does not allege what the defendant said—or failed to say—that allegedly constituted fraud. The plaintiff says the defendant failed to make required disclosures, but the plaintiff does not say what the disclosures were, or why, if the defendant did not make required disclosures, any resulting claim is not barred by the statute of limitations. In short, the plaintiff challenges banking practices—assigning mortgages and creating securities based on mortgages—without alleging facts suggesting that the defendant did anything improper toward the plaintiff. The plaintiff has failed to state a claim on which relief can be granted.

The plaintiff has not asked for leave to amend further. There is no reason to believe that granting leave to amend further would serve any purpose. Accordingly,

IT IS ORDERED:

1. The report and recommendation, ECF No. 11, and supplemental report and recommendation, ECF No. 15, are ACCEPTED and adopted as the court's opinion.

2. The plaintiffs' motion for a preliminary injunction, ECF No. 3, is DENIED.

3. The defendant's motion to dismiss, ECF No. 9, is GRANTED.

4. The plaintiff's motion, ECF No. 12, for leave to file the first amended complaint, ECF No. 14, is DENIED.

5. The clerk must enter judgment stating, "The compliant is dismissed with prejudice."

6. The clerk must close the file.

SO ORDERED on January 31, 2011.

s/Robert L. Hinkle  
United States District Judge